UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASI et al., <br><br> Plaintiffs, <br><br> v. <br><br> J & J MAINTENANCE, Inc., et al., <br><br> Defendants. | No. 2:19-cv-00121-KJM-EFB <br><br> ORDER TO SHOW CAUSE |

Under the court's standing order, counsel must certify in any notice of motion that the parties have exhausted meet and confer efforts. ECF No. 4-1 at 3. Here, in filing its motion to remand, counsel for third party defendant the United States indicates he attempted to meet and confer with plaintiffs via email but "[n]o counsel responded to [his] request." ECF No. 10 at 2. Accordingly, counsel for plaintiff, intervenor plaintiff, and defendant are ORDERED to show cause within seven (7) days why they should not be sanctioned $250 for failure to comply with the court's meet and confer requirement. *See* ECF No. 4-1.

The court VACATES the hearing date for the pending motion to remand, ECF No. 10, and the status conference and RESETS both for October 4, 2019 at 10:00 a.m., with briefing deadlines reset under Local Rule 230. The parties are ORDERED to fulfill their meet and confer obligations and indicate whether their discussions affect the pending motion to dismiss and

1

motion to compel arbitration, with a joint status report to be filed no later than September 20, 2019.

IT IS SO ORDERED.

DATED: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE