McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUSAN MASI,

                    Plaintiff,

            v.

J & J MAINTENANCE, INC., et al.,

                  Defendants.
_____

THE HARTFORD ACCIDENT AND
INDEMNITY COMPANY,

                  Intervenor.
_____

J & J MAINTENANCE, INC.,

               Third Party Plaintiff,

            v.

UNITED STATES OF AMERICA,

              Third Party Defendant.

CASE NO. 2:19-CV-00121-KJM-EFB

ORDER

     Before the Court is the Joint Stipulation and Request of third party plaintiff J & J Maintenance and third party defendant the United States to continue the time for the United States to file a response to the third party complaint. Good cause appearing, the request is GRANTED.

The United States has filed a motion to remand this case to state court, which remains under submission with the Court.  If the Court grants that motion, a response to the third party complaint will be unnecessary.  Accordingly, the deadline for the United States to file a response to the third party complaint is continued as follows.  The United States' response to the third party complaint (ECF 2), by motion or otherwise, shall be filed no later than thirty days after this Court enters an order denying the United States' motion to remand.

IT IS SO ORDERED.

DATED:  September 10, 2019.

_____
UNITED STATES DISTRICT JUDGE